# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

So Ordered.
/s/ Patricia A. Gaughan
5/11/17

| | | |
|---|---|---|
| SAHIRAH ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   1:16-cv-01958-PAG |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| NAVIENT SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff SAHIRAH ROSS, and Defendant, NAVIENT SOLUTIONS, INC, by and through their respective attorneys, hereby stipulate to the dismissal of this matter with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all matters in controversy having been resolved. Each party shall bear its own costs and attorneys' fees.

By:   /s/ David B. Levin
      Attorney for Plaintiff
      Law Offices of Todd M. Friedman
      111 West Jackson Blvd., Suite 1700
      Chicago, IL 60604
      Phone: (312) 212-4355
      dlevin@toddflaw.com

By:   /s/ Adrian L. Canzoneri
      Attorney for Defendant
      McGuireWoods LLP
      2 Embarcadero Center, Suite 1400
      San Francisco, CA 94111
      Phone: (415) 844-1985
      acanzoneri@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2017, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff